IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY DEWAYNE STANLEY, JR.**                          **PLAINTIFF**

v.                      **CASE NO. 4:25-CV-00993-BSM**

**MONTICELLO POLICE
DEPARTMENT,** *et al.*                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE